UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00141-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DUSTIN ROBERT MOORE,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, May 29, 2009,** and responses to these motions shall be filed by **Friday, June 12, 2009.** It is

    FURTHER ORDERED that a five-day jury trial is set for **Monday, June 22, 2009, at 9:00 a.m. in Courtroom A1002.**

    Dated: April 29, 2009

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge