
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 15, 2009 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **09-cr-00141-WYD**          Counsel:

UNITED STATES OF AMERICA,                Kurt J. Bohn

      Plaintiff,

v.

**1.  DUSTIN ROBERT MOORE**,                Brian R. Leedy

      Defendant.

**SENTENCING**

**2:11 p.m.**   Court in Session - Defendant present (in-custody)

    **Change of Plea Hearing - Thursday, September 10, 2009, at 2:30 p.m.
Plea of Guilty - counts one, two, and three of Indictment**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

2:12 p.m.   Statement and argument on behalf of Defendant (Mr. Leedy).

2:23 p.m.   Statement and argument on behalf of Government (Mr. Bohn).

2:27 p.m.   Statement on behalf of Probation (Ms. Means).

2:29 p.m.   Statement by Defendant on his own behalf (Mr. Moore).

    Court makes findings.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility [20], filed September 23, 2009, is **GRANTED.**

**ORDERED:**   Defendant's Motion for a Variant Sentence [25], filed November 30, 2009, is **DENIED.**

**ORDERED:**   Defendant be **imprisoned** for **30** months on each of counts one, two and three, to run concurrently.

**ORDERED:**   The defendant has an outstanding child support obligation of $279.30 monthly payable to Tamara Engler and $125.73 monthly payable to Tisha Maes.  Court recommends that the defendant participate in a Bureau of Prisons inmate financial responsibility program in order to comply with the Court ordered child support.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on each of counts one, two, and three, to run concurrently.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by probation.

(X)   The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X)   The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist.  The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**   Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

**OR0DERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:43 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:32**